# UNITED STATES DISTRICT COURT

**FILED**

for the
Northern District of Ohio
Eastern Division

MAR 27 2019

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

_Steven Ray Murphy_
Plaintiff

-v-

See Attached
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **5:19 CV 681**

**JUDGE ADAMS**

Trial by Jury in
Original Jurisdiction: [X] Yes   [ ] No

**MAG. JUDGE BURKE**

*(left margin, rotated)* PAID $400· on 3/27/19  on 3/27/19 RECEIPT # 3466000 6991

## Complaint for a Civil Case

### I.     The Parties to This Complaint

**A.     The Plaintiff(s)**

Name — _Steven Ray Murphy_

Street Address — _11043 Myers Road_

City and County — _West Salem    Wayne_

State and Zip Code — _Ohio    44287_

Telephone Number — _330-641-3189_

1 of 42

**B.** **The Defendant(s)**

Defendant No. 1

| | |
|---|---|
| Name | Joe Knight |
| Job or Title | |
| Street Address | 5185 Back Orrville Rd. |
| City and County | Wooster |
| State and Zip Code | Ohio, 44691 |

Defendant No. 2

| | |
|---|---|
| Name | Staci Chuhi |
| Job or Title | Caseworker, Wayne County Children Services |
| Street Address | 3333 Burbank Rd. |
| City and County | Wooster |
| State and Zip Code | Ohio, 44691 |

Defendant No. 3

| | |
|---|---|
| Name | George Lenart |
| Job or Title | |
| Street Address | 820 Nordhoff Farm Dr. |
| City and County | Englewood |
| State and Zip Code | Ohio, 45322 |

Defendant No. 4

| | |
|---|---|
| Name | Kelli Lenart |
| Job or Title | |
| Street Address | 2313 Crew Cir. |
| City and County | Dayton |
| State and Zip Code | Ohio, 45439 |

Defendant No. 5

| | |
|---|---|
| Name | Logan Lenart |
| Job or Title | |
| Street Address | 820 Nordhoff Farm Dr. |
| City and County | Englewood |
| State and Zip Code | Ohio, 45322 |

Defendant No. 6

Name — Jaren Lenart

Job or Title —

Street Address — 820 Nordhoff Farm Dr.

City and County — Englewood

State and Zip Code — Ohio, 45322

Defendant No. 7

Name — Kevin Lenart

Job or Title —

Street Address — 3020 Mcafee Rd.

City and County — Wooster

State and Zip Code — Ohio, 44691

Defendant No. 8

Name — Wayne Lenart

Job or Title —

Street Address — 3020 Mcafee Rd.

City and County — Wooster

State and Zip Code — Ohio, 44691

Defendant No. 9

Name — William Rickett

Job or Title — Judge, Wayne County Municipal Court

Street Address — 2615 Larch Drive

City and County — Wooster

State and Zip Code — Ohio, 44691

Defendant No. 10

Name — Stephanie Farley

Job or Title — Bailiff, Wayne County Municipal Court

Street Address — 215 N. Grant St.

City and County — Wooster

State and Zip Code — Ohio, 44691

Defendant No. 11

    Name — Brandon Lash

    Job or Title — Officer, Wooster Police Department

    Street Address — 3333 Burbank Rd.

    City and County — Wooster

    State and Zip Code — Ohio, 44691

Defendant No. 12

    Name — Dennis Felter

    Job or Title — Bailiff, Wayne County Municipal Court

    Street Address — 215 N. Grant St.

    City and County — Wooster

    State and Zip Code — Ohio, 44691

Defendant No. 13

    Name — Carol Milhoun

    Job or Title — Judge, Wayne County Municipal Court

    Street Address — 215 N. Grant St.

    City and County — Wooster

    State and Zip Code — Ohio, 44691

Defendant No. 14

    Name — Mike Burkholder

    Job or Title — Principal, Northwestern High School

    Street Address — 7571 North Elyria Road

    City and County — West Salem

    State and Zip Code — Ohio, 44287

Defendant No. 15

    Name — Jeffery Layton

    Job or Title — Superintendant, Northwestern Local School District

    Street Address — 7571 North Elyria Road

    City and County — West Salem

    State and Zip Code — Ohio, 44287

Defendant No. 16

Name — Tiffany Green

Job or Title — Caseworker, Wayne County Children Services

Street Address — 2534 Burbank Road

City and County — Wooster

State and Zip Code — Ohio, 44691

Defendant No. 17

Name — Mark Clark

Job or Title — Judge, Wayne County Municipal Court

Street Address — 215 North Grant Street

City and County — Wooster

State and Zip Code — Ohio, 44691

Defendant No. 18

Name — Jerry Packard

Job or Title — Magistrate, Wayne County Municipal Court

Street Address — 215 N. Grant St.

City and County — Wooster

State and Zip Code — Ohio, 44691

Defendant No. 19

Name — Cory Spitler

Job or Title — Judge, Wayne County Common Pleas Court

Street Address — 107 W. Liberty St.

City and County — Wooster

State and Zip Code — Ohio, 44691

Defendant No. 20

Name — Stephen McIlvaine

Job or Title — Judge, Wadsworth Municipal Court

Street Address — 120 Maple St.

City and County — Wadsworth

State and Zip Code — Ohio, 44281

**Defendant No. 21**

Name — Timothy Vansickle

Job or Title — Judge, Wayne County Municipal Court

Street Address — 215 N. Grant St.

City and County — Wooster

State and Zip Code — Ohio, 44691

**Defendant No. 22**

Name — Mike DeWine

Job or Title — Ohio Attorney General

Street Address — 30 E Broad St.

City and County — Columbus

State and Zip Code — Ohio, 43215

**Defendant No. 23**

Name — Kenneth Bailey

Job or Title — Human Resources Officer, LUK U.S.A.

Street Address — 3401 Old Airport Rd.

City and County — Wooster

State and Zip Code — Ohio, 44691

**Defendant No. 24**

Name — Becky Beltz

Job or Title — Officer, Wooster Police Department

Street Address — 3333 Burbank Rd.

City and County — Wooster

State and Zip Code — Ohio, 44691

**Defendant No. 25**

Name —

Job or Title —

Street Address —

City and County —

State and Zip Code —

Defendant No. 31

    Name

    Job or Title

    Street Address

    City and County

    State and Zip Code

Defendant No. 32

    Name — Tarora Hider

    Job or Title — Employee at LUK USA

    Street Address — 3401 Old Airport Rd.

    City and County — Wooster

    State and Zip Code — Ohio, 44691

Defendant No. 33

    Name — Scott Ries

    Job or Title — Deputy, Wayne County Sheriff's Department

    Street Address — 201 West North Street

    City and County — Wooster

    State and Zip Code — Ohio, 44691

Defendant No. 34

    Name — Steve Saurers

    Job or Title — Deputy, Wayne County Sheriff's Department

    Street Address — 201 West North St.

    City and County — Wooster

    State and Zip Code — Ohio, 44691

Defendant No. 35

    Name — Dana Fordenwalt

    Job or Title — Employee, Twin Peaks Restoration

    Street Address — 9496 TWP. Rd. 50

    City and County — Mansfield OH 44904

    State and Zip Code

Defendant No. 36

Name: Gina Fordenwalt

Job or Title: Owner, Twin Peaks Restoration

Street Address: 9496 Township Rd. 50

City and County: Mansfield

State and Zip Code: Ohio, 44904

Defendant No. 37

Name: Joyce Davis

Job or Title:

Street Address: 6570 N. Elyria Rd.

City and County: West Salem

State and Zip Code: Ohio, 44287

Defendant No. 38

Name: Brian Criss

Job or Title:

Street Address: 6570 N. Elyria Rd.

City and County: West Salem

State and Zip Code: Ohio, 44287

Defendant No. 39

Name: Bill Davis

Job or Title:

Street Address: 6570 N. Elyria Rd.

City and County: West Salem

State and Zip Code: Ohio, 44287

Defendant No. 40

Name: Kenny Murphy

Job or Title:

Street Address: 6059 Camp Road

City and County: West Salem

State and Zip Code: Ohio, 44287

Defendant No. 41

Name — Jenny Murphy

Job or Title —

Street Address — 6059 Camp Road

City and County — West Salem

State and Zip Code — Ohio, 44287

Defendant No. 42

Name — Bret Defibaugh

Job or Title —

Street Address — 927 E. Bowman St.

City and County — Wooster

State and Zip Code — Ohio, 44691

Defendant No. 43

Name — Adam Chellis

Job or Title — Deputy, Wayne County Sheriff's Department

Street Address — 201 West North Street

City and County — Wooster

State and Zip Code — Ohio, 44691

Defendant No. 44

Name — Micheal Rickett

Job or Title — Prosecuting Attorney, Wayne County Juvenile Court

Street Address — 215 North Grant Street

City and County — Wooster

State and Zip Code — Ohio, 44691

Defendant No. 45

Name — Erica Craver

Job or Title — Social Worker, Wooster Community Hospital

Street Address — 1761 Beall Avenue

City and County — Wooster

State and Zip Code — Ohio, 44691

Defendant No. 46

Name — Bailiff Meding

Job or Title — Bailiff, Medina County Municipal Court

Street Address — 135 N. Elmwood Street

City and County — Medina

State and Zip Code — Ohio, 44256

Defendant No. 47

Name — Bailiff Rizzo

Job or Title — Bailiff, Medina County Municipal Court

Street Address — 135 N. Elmwood Street

City and County — Medina

State and Zip Code — Ohio, 44256

Defendant No. 48

Name — Bob Wright

Job or Title — Counselor, Wayne County Children Services

Street Address — 2534 Burbank Rd.

City and County — Wooster

State and Zip Code — Ohio, 44691

Defendant No. 49

Name — Terry English

Job or Title —

Street Address — 620 Glenn St.

City and County — Wooster

State and Zip Code — Ohio, 44691

Defendant No. 50

Name — Micheal Burkey

Job or Title — Deputy, Wayne County Sheriff's Department

Street Address — 201 West North St.

City and County — Wooster

State and Zip Code — Ohio, 44691

**Defendant No. 51**

Name: Christy Roper (Weber)

Job or Title:

Street Address: 505 W. Larwill St. Lot 18

City and County: Wooster

State and Zip Code: Ohio, 44691

**Defendant No. 52**

Name: Rodney Roper

Job or Title:

Street Address: 505 W. Larwill St. Lot 18

City and County: Wooster

State and Zip Code: Ohio, 44691

**Defendant No. 53**

Name: Gerald Roper

Job or Title:

Street Address: 12 N. Front St.

City and County: Burbank

State and Zip Code: Ohio, 44214

**Defendant No. 54**

Name:

Job or Title:

Street Address:

City and County:

State and Zip Code:

**Defendant No. 55**

Name:

Job or Title:

Street Address:

City and County:

State and Zip Code:

Defendant No. 56

Name — Taylor Kuntz

Job or Title —

Street Address — 119 Wildwood Drive

City and County — Boardman

State and Zip Code — Ohio, 44512

Defendant No. 57

Name — Officer Hamilton

Job or Title — Officer, Creston Police Department

Street Address — 120 Brooklyn Ave.

City and County — Creston

State and Zip Code — Ohio, 44217

Defendant No. 58

Name — Taulbe Flory

Job or Title — Employee at Gimpy's Towing

Street Address — 124 W. Erie St.

City and County — Creston

State and Zip Code — Ohio, 44217

Defendant No. 59

Name — Officer Haven

Job or Title — Officer, Lodi Police Department

Street Address — 110 Ainsworth St.

City and County — Lodi

State and Zip Code — Ohio, 44254

Defendant No. 60

Name — Heather Fordenwalt (Hochstetler)

Job or Title —

Street Address — 7542 County Rd. 22

City and County — Loudonville

State and Zip Code — Ohio, 44842

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for Federal Court Jurisdiction?

      [X] Federal question           [ ] Diversity of Citizenship

### A.     If the Basis for Jurisdiction is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1.     Conspiracy to Commit Kidnapping and Kidnapping 18 U.S.C. section 1201 (b)(c)

2.     Conspiracy to Commit Murder 18 U.S.C section 1117

3.     Murder 18 U.S.C. section 1111

4.     Extortion and Threats through Blackmail 18 U.S.C. Chapter 41 section 873

5.     Rackateer Influenced and Corrupt Orginizations 18 U.S.C. Chapter 96 sections (1962-prohibited activities)(1963-criminal penalties)

6.     Conspiracy against Rights 18 U.S.C. section 241

7.     Deprivation of Rights Under Color of Law 18 U.S.C. section 242

8.     Fraud 18 U.S.C. section 1341

9.     Civil Action for Deprivation of Rights 42 U.S.C. 1983

### III. Statement of Claim

1    Sometime between 2004 and 2008- Joe Knight and Staci Chuhi (daughter of Detective Chuhi Wayne County Sheriff's Department) did work together at the Bellstore in Orrville Ohio. Joe Knight was the Manager and Staci Chuhi was working there while studying to be a children services social worker. Plaintiff does recall conversation in July of 2007 at Joe Knight's house at a party where Joe knight stated that he knew a girl who was quote "a little firecracker" and also stated quote "i know people". Plaintiff now believes this quote "little firecracker" was Staci Chuhi, which the plaintiff didn't pick this up until lately. Joe Knight and Staci Chuhi did conspire together to kidnap plaintiff Steve Murphy's children Brandon and Brady Murphy, so as to supposedly help the children's mother; Tammy Lenart, Joe Knight's niece; to pull Tammy Lenart away from the plaintiff, Steve Murphy, who Joe Knight, Kevin Lenart, Tammy's brother, and George Lenart, Tammy's brother, never liked because of the plaintiff Steve Murphy's conservative values and beliefs in the U.S. Constitution, the bill of rights, and his God given rights and furthered the conspiracy.


2    Before December 25th, 2008 Joe Knight did conspire with Kevin Lenart and his son Wayne Lenart (about 24 years old now), George and Kelli Lenart and their children Logan (about 22 years old now) and Jaren (about 21 years old now), to use their children to cause harm to the plaintiff's children by shooting his children with pellet guns that George and Kelli Lenart just bought for their children for Christmas, (and the plaintiff would have to wonder that if it wasn't for this particular incident because George and Kelli Lenart's children were stating how they just got the pellet guns for Christmas) intentionally shooting plaintiff's son Brandon Murphy's tooth out, and taunting the plaintiff's children by saying quote "our dads don't like your dad."

before Christmas dinner in 2008 to cause a scene and have the plaintiff arrested so George and Kelli Lenart, Kevin Lenart, Carol Lenart, and Joe Knight could be witnesses of the plaintiff's anger over his children in an attempt to have the plaintiff unlawfully imprisoned to further the conspiracy and help Staci Chuhi further her career. When Brandon Murphy did say that his tooth was shot out the plaintiff was upset and turned to Kevin Lenart, George Lenart, and Joe Knight which were all 3 sitting in a row at the edge of their chairs ready to jump onto the plaintiff looking ready to fight at that time. George Lenart did go outside to talk to Brandon Murphy before dinner and stated quote " My kids have got a lot of caps in their teeth just go get a cap you don't have to tell your parents". This was the first attempt to enforce their will in an attempt to get Tammy Lenart and her children away from the plaintiff. None of the conspirators has backed out of this conspiracy at this point, none of the conspirators has came to the plaintiff's door and informed the plaintiff about the conspiracy. And every one of the conspirators are still running free.

3       August 26th, 2009- Trial by Jury on cases TRD 09-06-05316 and CRB 09-05-00717 with William Rickett as judge for Wayne County Municipal Court. Plaintiff's children were in the courtroom and watched the whole court preceding. While on lunch Brandon Lash, Wooster Police Department and Dennis Felter Wayne County Municipal Court Bailiff, did conspire to have plaintiff cited for no operator's license and no seat belt on case number TRD 09-08-08526 while on lunch from trial by jury, upon plaintiff looking at Wayne County Sheriff's Office Book History Form for 8/26/2009 it would appear that Brandon Lash did falsely arrest the plaintiff for disorderly conduct and was taken back to the courtroom to a trial by jury in shackles and cuffs, to tamper with the jury. To this day the plaintiff has not been tried for this particular Disorderly Conduct but was arrested for this Disorderly Conduct on August 26th,

2009. An appeal was filed on September 9th 2009 on cases TRD 09-06-05316 and CRB 09-05-00717 at which time Dennis Felter did conspire with Carol Milhoun in the judges chambers, then returned to the clerks office and arrested the plaintiff for not having a $1,000 appeal bond when the fines costs and fees were only $280 which is excessive bond, plaintiff was taken to jail and the conspiracy was furthered.

4    November 2009- Mike Burkholder, Principal at Northwestern School, did conspire with Jeffery Layton then came to the home of the plaintiff and threatened to turn the plaintiff in to Wayne County Children Services if he (the plaintiff) didn't send the children back to public school instead of homeschooling. Jeffery Layton, Superintendent for Northwestern Local School District, did conspire with Tiffany Green, Caseworker for Wayne County Children Services. Tiffany Green, along with Deputy Sheriff, came to plaintiff's home to threaten and an attempt to intimidate the plaintiff that she was going to file a complaint with the Wayne Country Juvenile Court for truancy and delinquency, on March 19th 2010 case was dismissed, the children, Brandon and Brady Murphy, were properly withdrawn from Northwestern School District. Mike Burkholder, Jeffery Layton, and Tiffany Green furthered the conspiracy by bringing this same issue up in 2011.

5    December 14th, 2009- Execution of sentence on case numbers TRD 09-06-05316 and CRB 09-05-00717 with William Rickett. William Rickett did place case TRD 09-08-08526, completed on January 20th, 2010, on the record 42 minutes after execution of sentence on December 14th, 2009 and never did try the plaintiff for it.

6        On January 14th, 2010- William Rickett extended all fines, costs, and court fees on case number

CRB 09-05-00717 to March 21st, 2014 after the case was closed on January 19th, 2010. The

plaintiff has noticed that between January 14th, 2010 and March 21st, 2014 is the time frame of

over 50 months when the biggest part of the kidnapping conspiracy took place. March 21st,

2014 being a date within 2 and a half months after Tammy Lenart, children's mother,  receives

the plaintiff's children back. Apparently the plaintiff was not supposed to have anything to do

with his children at this point. So by March 21st, 2014 plaintiff had warrants for his arrest from

these extended fines costs and fees. Plaintiff can't understand how William Rickett could have

known on January 19, 2010 when he closed that case what could have happened and how long

plaintiff's children would be gone before anything happened at this time in 2010.   William

Rickett did conspire with Wayne County Municipal Court Judges Carol Milhoun, Mark Clark,

Magistrate Jerry Packard, Wayne County Common Pleas Magistrate Cory Spitler, and

Wadsworth Municipal Court Judge Stephen McIlvaine to place small claims on plaintiff's

record.  All of these judges are members of the BAR Association. All Fines, costs and court fees

were sent to the Ohio State Attorney General Mike Dewine for collections. Journal entry was

filed on November 6th, 2015 by Judges Carol Milhoun and Timothy Vansickle. Which plaintiff

believes that Carol Milhoun did bring Timothy Vansickle in to cover up the small claims debt by

sending it to collections and to clean up and finish this conspiracy with the small claims issues.


7        On or before July 4th, 2010 Kevin Lenart invited Plaintiff's family to his home on Mcafee

Road, Wooster Ohio for a 4th of July cookout. After eating Kevin Lenart's son Wayne Lenart,

now 24 years old, did throw a rock (bigger than a softball) and hit the Plaintiff's son Brady

Murphy in the head while yelling "catch" as it hit. This was done purposefully to cause a scene

and provoke the plaintiff to anger and have him arrested. This was the second attempt to have

the plaintiff arrested and get Tammy Lenart and plaintiff's and her children, Brandon and Brady Murphy,  away from the plaintiff and further the conspiracy.

8     On August 18th, 2010- plaintiff went to LUK U.S.A Wooster Ohio to talk to Tammy Lenart in the morning 7.00 A.M.  7 male LUK U.S.A. employees walked up to Tammy Lenart and stated quote " you're going to work go clock in." Then surrounded the plaintiff and stated quote "We're going to have to ask you to leave." Kenneth Bailey stated on Wooster Police Department Incident/Offense report number 1-10-012227 quote "that a Steve Murphy was in the parking lot causing a problem with his girlfriend Tammy Lenart.  Complainant is concerned for the other employees because Mr. Murphy could get violent."Plaintiff nor Tammy Lenart either one as much as raised our voices, Tarra Hider was the complainant that did conspire with Kenneth Bailey. Plaintiff believes these attempts are/was to drive Plaintiff away from Tammy Lenart right there at LUK U.S.A. The Village Network is right across the street from LUK U.S.A. The plaintiff believes it seems like a connection between LUK U.S.A., Wayne County Children Services, and The Village Network. Tarra Hider (LUK U.S.A. employee) appears to be a recruiter for human trafficking, along with Kenneth Bailey (Human Resource Officer). Deputy Sheriff Scott Ries from Wayne County Sheriff's Department stopped at plaintiff's home at 7:30 pm to issue a No Trespass Letter for the Plaintiff to sign for LUK, which the plaintiff refused to sign, Deputy Sheriff Scott Ries was then asked to leave the private   property. Deputy Sheriff Scott Ries then turned and asked Tammy Lenart if she needed any help or assistance, Tammy Lenart did state "No."

which indicates Deputy Ries was in on and did further this conspiracy. The plaintiff feels like he needs to help to intervene and to bring these crimes to light. Wayne County Deputy Sheriff Scott Ries returned 3 times to intimidate and taunt the plaintiff. When the plaintiff told Deputy Ries to leave the 3rd time, Deputy Ries stated quote "I'm running your name for warrants, if you have warrants you're going with me." Plaintiff ran Deputy Ries off at that time. Tammy Lenart wouldn't feel so bad, Plaintiff knows if this conspiracy would end so Plaintiff and Tammy Lenart can start to live with true freedom without conspiratorial restraints from close family and so called friends.

9    On or about August 21st, 2010- Plaintiff was accused of assault on Donzel Murphy at which time Wayne County Deputy Sheriff Steve Saurers of the Wayne County Sheriff's Department was dispatched to the plaintiff's home. Plaintiff heard the conversation between Deputy and Tammy Lenart on that evening from about 20 feet away. The Deputy Sheriff Steve Saurers did threaten and intimidate Tammy Lenart, telling her she needed to get her children and get out of the house before the plaintiff comes back and that they would wait until she got her belongings. Tammy Lenart woke the children, telling them they needed to leave. The children told the Deputy that this was their home and they weren't leaving and that the sheriff needed to leave. Wayne County Deputy Sheriff Steve Saurers did further this conspiracy to kidnap plaintiff's children through coercing and intimidating Tammy Lenart into believing there was a threat. Plaintiff believes this was done in an effort to get her to leave with the children and go back to the only place she had to go which was back to her family because she doesn't have any other friend in the world that she believes she can trust that hasn't tried to deceive her due to this long train of abuse. She has been told by so many people that plaintiff is wrong and doesn't

know law and how can everybody be wrong and Steve Murphy, one man, be right.. And all conspirators speaking that plaintiff is quote "A piece of shit"

10    September 20th, 2010- The Plaintiff filed a federal lawsuit naming Wayne County Municipal Court Judge William Rickett as one of the defendants. William Rickett sent the plaintiff a letter stating that the plaintiff was quote "Steve Murphy is corporately dead." and from that point on violations came 3 times faster.

11    Sometime at the beginning of 2011- Dana Fordenwalt got his children taken on allegations of sexual abuse of his 3 year old daughter, Dana and Heather Fordenwalt went to the Latter-day Saint church together with George and Kelli Lenart up until Dana Fordenwalt's divorce in 2007, where Joyce Davis (Criss) did conspire with Heather Fordenwalt to testify against Dana Fordenwalt in this divorce and Joycey Crissy was the name given to Carol Lenart on the phone when she conspired and falsely reported that quote "The plaintiff shot Tammy Lenart with a shotgun in the chest and left a heck of a scar..." The very next time Tammy Lenart went to her mother's house, Tammy Lenart was astonished to hear the talk and did remove her shirt to show her mother her bare chest to prove there were no scars and that it was a lie, which the Plaintiff believes Carol Lenart knew better than that, Joyce Davis did further the conspiracy with Heather Fordenwalt which conspired with Kelli Lenart from the church of Latter-day Saints and also her (Joyce Davis's) brother (Brian Criss) because Brian Criss and Bob Criss got into a serious fight which Brian Criss was badly cut up and life- flighted to the hospital. Brian Criss set out to destroy Bob Criss and anyone that had anything to do with him (Bob Criss). Plaintiff and Brian Criss had a conversation about this at Joyce Davis's home in Lattasburg Ohio in 2006 or 2007. Brian Criss stated quote "if you are going to have anything to do with Bob Criss,

Murph, then i don't want anything to do with you." Plaintiff told Brian Criss that he would not take an ultimatum and have been friends with them both for a long time and planned on keeping it that way. Brian stated again "No, I am saying if you have anything to do with Bob Criss then I don't want anything to do with you." Plaintiff believes now looking back on it that this is what Brian Criss meant when he made this statement that Brian Criss, Joyce Davis, Bill Davis, Heather Fordenwalt, was going to get even with Bob Criss and destroy him anyway they could along with anyone involved who had anything to do with Bob Criss, this is what Brian Criss meant with his statement to further the conspiracy and cause more harm and injury to the plaintiff. About this time is when Kenny Murphy and Gary Scott Murphy was hired to do Joyce and Bill Davis' roof in 2006 or 2007, how convenient. The plaintiff believes Kenny Murphy and Joyce and Bill Davis could have conspired to commit insurance fraud and did conspire against the plaintiff which was proven to the plaintiff when Kenny Murphy got the plaintiff's children from Wayne County Children Services within 24 hours, which is unheard of unless it was already planned. Jenny Murphy was the bookkeeper for Kenny Murphy's business (Kenny Todd Construction), which Gary Scott Murphy worked for.  Plaintiff believes it would be interesting to know who had insurance on who, that would be the reason for Kenny and Jenny Murphy making problems in the plaintiff's family, like mother and father, who never has seen Bre, Gary Scott Murphy's daughter with Jessica Rowland (Bre's Mother), since Gary Scott Murphy's death, while Jessica Rowland would go to Kenny and Jenny Murphy's home 5 miles away from Bre's Grandparents (Gary Scott Murphy's parents) so no insurance or life insurance papers could be found through Bre or Gary Scott Murphy without being around the Murphys at all. Dana Fordenwalt married Gina Fordenwalt at this point. Gary Scott Murphy worked with Dana Fordenwalt also in 2011 or 2012 where Gina Fordenwalt was the bookkeeper and aware of their (Twin Peaks Restoration's) business in 2011 or 2012. This is why Dana Fordenwalt came to see

the plaintiff a lot after the plaintiff's children were taken, to make  sure everything was staying covered up so this conspiracy could be furthered faster and bring  more money, through Bret Defibaugh (ex Sheriff) life insurance payoffs, insurance fraud, and kidnapping or maybe at this point he just had a clue Heather was conspiring behind his back, plaintiff filed first federal lawsuit filed 9/20/2010 this being the reason for conspiring to kill plaintiff. That's why they (conspirators) silence anyone who speaks up, and extort family members out of their rights like Tammy Lenart, right now she is being taken advantage of and is being manipulated through fraud. Dana Fordenwalt did ask the plaintiff if he knew a George and Kelli Lenart. This conversation happened sometime at the end of 2011 after the plaintiff's kids were taken, almost as if Dana Fordenwalt had a clue something has been conspired between the wives at the church because Dana asked the plaintiff if he quote "knows George and Kelli Lenart.", and that something Dana had a clue about was the wives conspiring to make allegations of rape on Dana Fordenwalt's 3 year old daughter and giving her chlamydia which led to Dana Fordenwalt's divorce with Heather and never seeing his kids again, which is linked right back to Kelli Lenart and Heather Fordenwalt at the church in 06 or 07 at the very first stages of planning the conspiracy. This was where children services got tied up with Heather Fordenwalt by the help of Kelli Lenart, George Lenart, Joe knight and Staci Chuhi knowing that Dana Fordenwalt owned a construction business and that Gary Scott Murphy and the plaintiff worked for Dana Fordenwalt so this was a way for Kelli Lenart to make good on her threats to quote" get her sister back from the plaintiff" from an incident that happened in 2000 or a little before when Goerge Lenart, Kelli Lenart, Carol Lenart, and Tammy Lenart returned from vacation at Grandma's house in Pennsylvania. Upon returning back to George Lenart Sr's home on Pleasant Home Road in Congress Ohio plaintiff was waiting to pick Tammy Lenart up and talking with George Lenart Sr when George Lenart Jr walked in the door and physically jumped on the

plaintiff 4 times as if he was trying to separate the plaintiff and Tammy Lenart right then. The plaintiff, Tammy Lenart, and the plaintiff's children left after battling clear to the car. Upon the plaintiff speaking to Kelli Lenart later that day on the phone, this is when she stated quote" I'll get my sister back, whatever it takes." this is her plan to separate the plaintiff, his children, and Tammy Lenart as if it was some type of head-game as a way to cause further injury and harm to the plaintiff.

12   March 2nd, 2011- Tiffany Green, Wayne County Children Services, performed a welfare check at the plaintiff's home after conspiring with Jeffery Layton. The Wayne County Sheriff's Office Incident /Offense Report indicates that Tiffany Green did falsely state quote "Have reports that the father has weapons in the house and has made statements to the effect that he does not like the government." which would show that Tiffany Green was conspiring with Staci Chuhi, Wayne County Children Services, and was trying to reiterate hate-speech to create action by law enforcement to further the conspiracy, Wayne County Sheriff's Office Incident/Offense Report number 20-11-001047. Wayne County Sheriff's Office Incident/Offense Report number 20-09-006616 from August 20th, 2009 from reporting Officer Adam Chellis states "Deputy Sheriff Adam Chellis was dispatched to the Justice Center to meet with Steve Murphy of 11043 Myers Road, West Salem. He stated that the judges are violating the Constitution of the United States and he wanted to speak with the sheriff to see where he stood on it. I advised him he needed to either contact an attorney if he felt his civil rights were being violated or he needed to contact the state senator or state house of representatives."

13      April 14th, 2011- Plaintiff received a letter from Wayne County Children Services in reference:
        Notice of Child Abuse/Neglect Investigation Disposition which did start the final stage of the
        conspiracy to commit kidnapping.

14      On or about May 7th, 2011- Micheal Rickett, Wayne County Prosecuting attorney for the
        Juvenile Court, did came down from Akron Ohio Federal Bankruptcy Court as the prosecutor to
        Wayne County Juvenile Court as the prosecutor which to the plaintiff would appear that this
        was done to cover up one of these conspiracies with Joe Knight and Staci Chuhi, Wayne County
        Children Services, clear back from the beginning in 2008, and further the conspiracy that was
        started by his dad William Rickett Judge for Wayne County Municipal Court and to bring the 2
        conspiracies together as 1. It appears at this point in the conspiracy that they were all ready for
        the conspiracy to come into fruition with the plaintiff and did further the conspiracy from here.

15      July 11th, 2011- The second time the schooling issue was dismissed in Wayne County Juvenile
        Court. Micheal Rickett did indicate on Wayne County Juvenile Court papers that quote "this
        would be better handled in a different forum where other problems are coupled within the
        home." Micheal Rickett did conspire with Tiffany Green and Staci Chuhi, It would appear to
        the plaintiff this is what Micheal Rickett meant from the quote above. Staci Chuhi brought forth
        all the information from Kevin Lenart, George Lenart, and Joe Knight and they saw right here
        how they were going to put it together and create other problems in the home for the plaintiff,
        and further this conspiracy.

16      September 15th, 2011- Kevin Lenart and Carol Lenart did conspire by telephone on the evening
        on or about the 14th September 2011. Kevin Lenart did go to 107 Maple St. in Congress Ohio to

his mother Carol Lenart's home, and beg Tammy Lenart to go see a doctor for him quote "so i know you are ok." Before Kevin Lenart got to his mother's house to get Tammy Lenart he conspired by calling Wooster Community Hospital to falsely report suicidal thoughts and domestic violence on Tammy Lenart. After Kevin Lenart got Tammy Lenart to the hospital he told Tammy Lenart that he had to run some errands and was gone for an hour before returning to the hospital, and this point the plaintiff would be led to believe that Kevin Lenart used this hour to contact Wayne County Children Services which would be between 3:00 pm and 5:00pm on the 15th of September 2011. This was the conspiracy being furthered from the December 2008 incident where Plaintiff's son got his tooth shot out to get the Plaintiff to fight, and to get the children removed from the Plaintiff to further the conspiracy.

17    September 16th 2011- The day after the Wooster Community Hospital incident, Tammy Lenart stated on all nurse's reports at Barberton Citizen's Hospital Psychiatric ward that quote "I don't even know where that came from." when asked about the domestic violence and suicidal thoughts, which shows that Kevin Lenart stated this to Erica Craver at Wooster Community Hospital quote "Received a Request to meet with patient and her brother <u>Kevin</u> due to domestic violence and suicidal thoughts.", no name for the patient on Erica Craver's report on September 15th, 2011 at this point so who made that request? Kevin Lenart clearly made this request to further the conspiracy to commit kidnapping and cause further harm and injury, slavery, usury, and blackmail, to the plaintiff and the plaintiff's children's mother Tammy Lenart and to get Tammy Lenart to the Psychiatrist in Barberton Citizen's Hospital Psychiatric Ward. Kevin Lenart and Carol Lenart both went to Barberton Citizen's Hospital Psychiatric Ward to supposedly check on Tammy Lenart, but furthered the conspiracy rather, Tiffany Green (Wayne County Children Services) goes to supposedly visit Tammy Lenart the following day but did

further the conspiracy by asking Tammy Lenart about abuse and suicidal thoughts that Kevin
Lenart informed her (Tiffany Green) about on September 15th, 2011. Kevin Lenart has done
this same thing to Carol Lenart (Kevin Lenart's own mother) because Kevin Lenart stole Carol
Lenart's payroll check from Plastipak in Medina Ohio while they worked together. When Carol
Lenart was not at work Kevin Lenart received Carol's payroll check and forged and cashed it,
then lied to Carol Lenart to the point that Kevin Lenart caused her to go to the Psychiatric
Hospital. Plaintiff believes looking back, this would be the reason why Tammy Lenart started
crying, when at the records department at Barberton Citizen's Hospital getting Tammy Lenart's
medical records about January or February 2019 because quote from Tammy at Barberton
Citizen's hospital nurses reports states quote "I don't even know where that came from." Which
looking back now tells the plaintiff that she is being blackmailed and she didn't know how to
tell the plaintiff that her family was committing usury and holding things over her head and
withholding her inheritance from both of her parents because she was with the plaintiff, there
has not been any crime committed by the plaintiff, the plaintiff's children, or the plaintiff's
children's mother Tammy Lenart at any point from the start to the finish of this conspiracy,
nothing has been proven only assumed on plaintiff and his family.


18    September 22nd, 2011- Because of Kevin Lenart and Tiffany Green conspiring through Wooster
Community Hospital and Barberton Citizen's Hospital they created the problem needed as
quoted by Micheal Rickett quote "This would be better handled in a different forum where other
problems are coupled within the home." Tiffany Green, Wayne County Children Services,
committed kidnapping by removing the plaintiff's children using the full force of Wayne County
Sheriff's Department, and using false allegations from Kevin Lenart on Erica Craver's nurse
report from Wooster Community Hospital. Tiffany Green, Wayne County Children Services, did

conspire with Staci Chuhi, Wayne County Children Services, and was informed by this point that these were going to be the ones to make an example out of to drive Tammy Lenart back to her family and induce more harm and injury to the plaintiff and his children as was the plan from the start in 2008 when she (Staci Chuhi) was working at the Bellstore in Orrville Ohio with Joe Knight.

19      September 23rd, 2011- Plaintiff called Kevin Lenart to let him know that Tammy Lenart got her medical records from Wooster Community Hospital and Barberton Hospital. Kevin Lenart told plaintiff quote "My name isn't on anything, you better not harm my kids." which on this same report from Erica Craver on September 15th, 2011 states "father has hanged the eldest child with a rope before" Plaintiff would ask if this sounds like a mother stating eldest son, because plaintiff's children's mother knows her eldest son's name is Brandon and that is exactly how Tammy Lenart would have stated that.

20      October 13th, 2011- Plaintiff was arrested by 2 Medina County Bailiffs (Bailiff Rizzo and Bailiff Meding) being assisted by Wayne County Sheriffs Department on Ohio State Patrol Warrant from a ticket issued on 9/14/11, warrant was served right here from the Ohio State Patrol, but watch this same Ohio state patrol warrant comes up on 10/18/2012 again one year later and the plaintiff was arrested again on this on 10/13/11.

21      October or November 2011- Staci Chuhi did bring in Bob Wright, counselor for Wayne County Children Services, to Kenny and Jenny Murphy's house to coerce both of the plaintiff's children (Brandon and Brady Murphy), into agreeing with Bob Wright that they (Brandon and Brady Murphy) were quote "Ass raped." which Bob Wright did indicate, while playing some kind of

Jenga game for victims, that it was quote "ok to be ass raped." and that it was ok to talk to him

about it. Bob Wright did try to convince plaintiff's children Brandon and Brady Murphy to just

quote "say your dad did this and you can go home with your mom tomorrow."

22      October 26th, 2011- Plaintiff filed a Civil Lawsuit for conspiracy against civil rights under color

of law, kidnapping, and conspiracy against rights on 27 individuals including Adam Chellis

Wayne County Deputy Sheriff. That was the purpose for this protection order to protect the

conspiracy from getting out.

23      On or about October 30th, 2011- To prove conspiracy to commit murder on the plaintiff, Staci

Chuhi did go and get a concealed carry permit while plaintiff's children were staying at Kenny

and Jenny Murphy's home. Staci Chuhi did state quote" I got my concealed carry permit just

for this."

24      November 1st, 2011- Tiffany Green and Kenny and Jenny Murphy did further this conspiracy

by falsifying a protection order. Protection order filed by Kenny and Jenny Murphy states quote

"many guns in house; has tattoos; addicted to cocaine; marijuana, and meth; warning to law

enforcement officers; and is a survivalist." It would appear to the plaintiff that this report is a

death certificate.

25      June 2012- Staci Chuhi and Tiffany Green were called to Kenny and Jenny Murphy's home in

West Salem Ohio to pick up Brandon Murphy (plaintiff's son) and take him to a juvenile

detention center because they (Tiffany Green, Staci Chuhi, and Kenny and Jenny Murphy)

suspected him (Brandon Murphy) of speaking to the plaintiff, which is Brandon Murphy's

father. After arriving Staci Chuhi told Brandon Murphy to pack his things. Both of the plaintiff's children packed their belongings. Brady Murphy (plaintiff's other son) told Staci Chuhi that he was not going to stay at Kenny and Jenny Murphy's house without his brother. Staci Chuhi stated that neither of  the children would see each other until the youngest boy (Brady Murphy) turned 21 years old if they both went to Juvenile Detention.

26    Staci Chuhi did indicate to Kenny and Jenny Murphy in front of plaintiff's children Brandon and Brady Murphy that the plaintiff and Tammy Lenart would never get back together quote "too much has been done for them to get back together." July 2012 Tammy Lenart did leave the plaintiff and was successful in getting Brandon and Brady Murphy back to Smithville Ohio the first time by March 2013. Tammy Lenart and the plaintiff got back together on September 5th, 2012 when plaintiff was released from Wayne County Jail for a fraudulent protection order that was filed after Staci Chuhi supposedly threatened Kenny and Jenny Murphy into filing by stating that Brandon and Brady Murphy would be taken from them if the protection order was not obtained. Plaintiff does not believe a lawful protection order can be obtained for reading the punishments for title 18 U.S.C. 241 and 242.

27    On or about October 6th, 2012 Plaintiff Steve Murphy did hear clearly Terry English of Wooster, Ohio threaten Gary Scott Murphy stating quote " Accidents happen on roofs everyday Scott." At that time Gary Scott Murphy stated back to Terry English quote "If an Accident happens to me because of you it better kill me." Terry English replied back to Gary Scott Murphy that quote "Don't you worry it will" while at Kevin Beard's home on Matty road in Lattasburg Ohio, 6 or 7 weeks later Gary Scott Murphy was killed in just that way that Terry English threatened. Terry English and Gary Scott Murphy was working on the same job site on

Bowman Street in Wooster Ohio. Bret Defibaugh is a retired Wayne County Deputy Sheriff and his dad was a Deputy Sheriff also. He is the owner of the home that Gary Scott Murphy was killed on. On December 28th, 2012 when Gary Scott Murphy fell 18 feet to his death from a walk-plank held up by 2 ladders, when one ladder mysteriously came out from underneath the plank that Terry English was standing right underneath. Terry English did state to Dana Fordenwalt, from Lattasburg Ohio, 2 days after Gary Scott Murphy's death that he was worried about the plaintiff and what he would think because quote "His children were in Children Services and then now this happened to Scott and I'm unsure how he'll handle it." Looking back on this it would appear to the plaintiff that maybe Terry English was really worried about the plaintiff putting all of this together on him. The incident was labeled an accident by the Wayne County Medical Examiner because the examiner wasn't aware of what was spoken previously on or about October 6th, 2012 by Terry English.

28    October 18th, 2012- Wayne County Deputy Sheriff Chellis and Micheal Burkey Wayne County Sheriff's Department came to plaintiff's home. Officer Chellis was on the west side of plaintiff's driveway, Burkey was on the east side of the plaintiff's driveway, and they were laying in wait. Then plaintiff left his home at 8:30 in the morning, upon pulling near to the end of his drive plaintiff noticed an SUV sitting on the road with a rifle, what looked to be an AR-15, fixed out of the driver's window. Plaintiff immediately put the car in reverse and floored it to get away from the rifle that was pointed at him from the SUV. Plaintiff got back to his house and exited his car when Deputy Chellis did run up on the plaintiff with his rifle pointing at the plaintiff yelling quote"get on your face!" repeatedly as he ran. Getting nearer to the plaintiff Deputy Chellis screamed quote "turn your fucking head, don't look at me!" repeatedly which the plaintiff felt like was a bad idea at the time and does strongly believe along with 2 witnesses

that were in the house 20 feet away from where the plaintiff was obeying Officer Chellis' orders to lay face-down in the mud, that as soon as the plaintiff obeyed Officer Chellis's order to turn his head that he would have been killed from a gunshot wound to the back of the head by Officer Chellis's rifle because of Wayne County Children Services Caseworker Tiffany Green's quote "father has many weapons in the house." as if the plaintiff was headed back into the house to get a gun. Now looking back the plaintiff believes that this would be the purpose for everything that was said because of the fraud on the unlawful and fraudulent protection order filed by Kenny and Jenny Murphy on November 1st, 2011 which upon looking in the protection order file it was noticed that there was a report of a lady that had turned in a 9mm semi-automatic pistol with 2 clips fraudulently placed into the plaintiff's protection order file, filed by Kenny and Jenny Murphy through Staci Chuhi's threats. Quote "has many guns; is a survivalist; has tattoos; is addicted to cocaine, marijuana, and meth; warning to law enforcement officers." All of these defaming statements are on the front cover of the unlawful protection order filed by Kenny and Jenny Murphy 5 days after a federal lawsuit was filed on October 26th, 2011. Which is how Kenny Murphy, Jenny Murphy, and Staci Chuhi, Wayne County Children Services, did further this conspiracy.

29    October 18th, 2012- Gary Scott Murphy bonded the plaintiff out of the Wayne County Jail which the plaintiff believes strongly that the conspirators and bad actors would believe at this point in the conspiracy that Gary Scott Murphy was trying to help the plaintiff.

30    December 28th, 2012- Kristy Weber showed up to the job site, Where Gary Scott Murphy and Terry English were working, 5 minutes before Gary Scott Murphy fell to his death. Dana Fordenwalt gave Kristy Weber a ride to the hospital after Gary Scott Murphy's fall, Rodney

Roper and Gerald Roper both went to Gary Scott Murphy's house, while everyone was at the hospital, and stole Gary Scott Murphy's four-wheeler, as if Gary Scott Murphy's death was planned. Kristy Weber then moves Rodney Roper in with her at Gary Scott Murphy's home 3 days later. For about a week after Gary Scott Murphy's death, Dana and Gina Fordenwalt, Owners of Twin Peaks Restoration who Gary Scott Murphy worked for, and Terry English were begging the plaintiff to go and finish the job that Gary Scott Murphy died on stating quote "They need someone to finish that job so they can get paid." This leads plaintiff to believe that the plaintiff was the desired target to stop this federal lawsuit and that the price on the plaintiff's head was worth more than Gary Scott Murphy. Plaintiff wonders why Dana Fordenwalt would tell a story on how to get away with murder to the plaintiff after Gary Scott Murphy's death. Dana Fordenwalt stated quote "Just walk in with a gun in your hand in front of everybody and say look friend at this new gun I just bought, then pull it up and shoot them." Dana Fordenwalt then stated that quote "all you would have to do is just say 'I thought the gun was empty' and play the part."

31    On December 29th 2012 while Kenny Murphy was at Ronzel Murphy's home in Lattasburg Ohio, 1 Day after Gary Scott Murphy was killed, Kenny Murphy son of Ronzel Murphy stated quote "The wrong one Died dad" Ronzel Murphy then stated quote "You shouldn't be talking like that." Ronzel Murphy is the plaintiff's dad also. After Kenny Murphy and Brandon Murphy left to go back to Kenny Murphy's home Kenny was threatening Brandon to quote "beat your ass like I want to beat your dad's ass." and attempted to stop the truck multiple times but then continued to his house. Plaintiff strongly believes that because plaintiff's son Brandon Murphy looks like the Plaintiff, that is the reason why he (Brandon Murphy) was being treated badly,

because Kenny Murphy called plaintiff's son Brandon Murphy quote "little Steve" several times. Tiffany Green and Staci Chuhi used the same quote multiple times also.

32    January 2013- Dana Fordenwalt did tell the plaintiff that Kristy did not want none of the Murphy's at her and Gary Scott Murphy's home in Burbank Ohio but Steve, now plaintiff can see why. The plaintiff was worth more money from Bret Defibaugh, who seems to be the cleanup and the money man, to stop the federal lawsuits and to send a message to the plaintiff to shut up. Plaintiff recalls a time across from McDonalds on Beall Avenue in Wooster, in the Catholic Church parking lot, where Dana Fordenwalt met with Bret Defibaugh to supposedly talk about a job that was coming up, but looking back on it now it was the only time that the plaintiff remembers Dana Fordenwalt getting out of his truck and into another truck to talk about a job, this is the first time that the plaintiff ever seen Bret Defibaugh it was kind of mysterious to the plaintiff as to why they even stopped there.

33    On or about April 7th, 2013- Tayler Kuntz, who went to the Wayne County Schools Career Center with Brandon Murphy, did conspire with Staci Chuhi, Wayne County Children Services Social worker, informing that the plaintiff was at Tammy Lenart's (plaintiff's children's mother) home in Smithville Ohio. Staci Chuhi  did conspire and rode along with Smithville Police Department, and did lay in wait until the plaintiff and Tammy Lenart left the home on April 12th, 2013 to arrest the plaintiff to further the kidnapping conspiracy. Taylor Kuntz was in the front office of the Wayne County Schools Career Center smiling and laughing as the plaintiff's oldest son, Brandon Murphy, was cuffed and escorted out by Smithville Police and Staci Chuhi, which proves he (Taylor Kuntz) conspired with Staci Chuhi. Plaintiff's children were removed for a second time because conspirators wanted to enforce their own will on plaintiff. Plaintiff's

children were sent to Mansfield Ohio where Staci Chuhi was going to place plaintiff's

youngest child, Brady Murphy, with a foster family and the plaintiff's oldest child in Abraxas

Juvenile Detention Center in Shelby Ohio, where Staci Chuhi stated to Brandon Murphy

(plaintiff's oldest child) that he would be quote "ass raped sometimes, but not all the time." until

he turned 21 years old. Plaintiff's children were not returned again until December 8th, 2013.

Plaintiff was placed in Wayne County Jail for this April 12th, 2013 incident in Smithville Ohio,

and served 5 months getting out on September 5th, 2013. It appears to plaintiff that Tammy

Lenart has had head games played on her since this incident.


34      On or about December 2013- Gary Scott Murphy's wood stove and other belongings were

found sitting out front of Treasure on the Bend thrift store, State Route 585 Wooster Ohio, like a

trophy or to brag about Scott Murphy. 6 months after Gary Scott Murphy's death on December

28th, 2012 Kristy Weber and Rodney Roper started selling all of Gary Scott Murphy's

belongings out of his home to the thrift store in Wooster Ohio, Treasure on the Bend. The heavy

guy that lives above the business in an apartment sell's or sold crack and bought all of Gary

Scott Murphy's household items and personal belongings. The heavy guy that lives above the

business was talking to Derek Welton of Polk Ohio and stated when Gary Scott Murphy's things

were bought, Kristy indicated to him that she received $100,000 life insurance from Scott

Murphy's death, but there is no paperwork on that, and that she had Scott killed for this

insurance money.


35      On January 26th, 2016- Officer Hamilton Creston Police Department did pull the plaintiff over

in Burbank Ohio and issued a citation for no Operator's License, non compliance suspension,

and white light facing rear in. The suspension was brought about by the October 18th, 2012

incident with Officer Chellis with the rifle in plaintiff's driveway by Deputy Sheriff Chellis, when the plaintiff had a one year driving permit that was just issued on August 16th, 2012, the plaintiff could not have been under suspension with a valid driving permit. Officer Hamilton was involved in the incident in Creston Ohio, where upon plaintiff returning to Gimpy's towing on May 19th, 2009 in Creston Ohio and talking with Taulbe Flory to get the automobile out of impound Taulbe Flory stated quote "I don't like your attitude, leave. You're not the registered owner, she is." and did call Phil Carr Creston Police Department who came down and did arrest the plaintiff on May 19th, 2009 and took the plaintiff to the Wayne County Jail for booking. When Officer Hamilton was asked by the plaintiff how long is plaintiff's license suspended for Officer Hamilton stated quote "I don't know, probably indefinitely." right off and didn't even look so plaintiff believes Officer Hamilton must have gotten the memo also of plaintiff quote "Steve Murphy is corporately dead." The plaintiff now knows what William Rickett meant by stating quote "Steve Murphy is corporately dead." Cases TRD 09-06-05316 and CRB 09-05-00717 were appealed on August 26th, 2009 from a trial by jury mentioned above.

36    November 18th, 2018- Devon Senz was found hanged in the basement of his house in Congress Ohio sitting on a couch, when all he had to do was sit up and he wouldn't have died. Joe Senz, Devon Senz's father, dropped Devon Senz off at his home in Congress Ohio the night before to do laundry and gather his belongings to stay with his father. Joe Senz went to pick up Devon Senz the next morning but found a 40 inch TV laying in the floor broken and no clean laundry. Joe Senz went to the basement of Devon's House to do laundry and found Devon Senz dead. The Wayne County Medical Examiner ruled his death a suicide. Two weeks later Joe Senz found the oven still on with a pizza charred black inside. The plaintiff doesn't understand how

the Wayne County Medical Examiner ruled his death a suicide when the man would have had to have gotten suicidal within 15 minutes of placing the pizza in the oven, and If it was a suicide what was the purpose of the TV laying in the floor broken like a scuffle took place? In reality, two or three weeks before his death, Medina County Sheriff's Department seized $5,000 of counterfeit money off of Devon Senz and $5,000 real money off of Jimmy Senz, Devon Senz's brother, Jimmy Senz went to Devon Senz to borrow $5,000 to buy a car. Jimmy Senz supposedly decided not to buy the car but upon giving the $5,000 back to his brother, Devon Senz, he switched it with the counterfeit money that Devon did get caught with. Joe Senz and Devon Senz went to the Wayne County Sheriff's Department to let them know that they were both scared for their lives because Devon Senz was now a witness in a counterfeiting case against Jimmy Senz. The Wayne County Sheriff's Department stated that they would step up security but nothing was done before or after Devon Senz's death.

37    November 19th, 2018 Officer Haven Lodi Police Department Lodi Ohio did charge plaintiff for non compliance suspension which this suspension also was a conspiracy from the October 18th 2012 incident with Officer Chellis with the rifle where plaintiff had a valid one year driving permit.

38    December 18th, 2018- Dennis Felter conspired with Stephanie Farley, both are Bailiffs for Wayne County Municipal Court, to try to stop the plaintiff from investigating by interfering at the Wayne County Municipal Court metal detector. Dennis Felter started to argue with the plaintiff almost instantly after the plaintiff walked in the door. The plaintiff demanded the Sheriff himself who's department is in the same building but plaintiff was unlawfully detained for 15 minutes. Dennis Felter then called the Wooster Police Department where Staci Chuhi

came to cause further harm and injury, not the Wayne County Sheriff like the plaintiff had

asked, to have the plaintiff arrested which shows conspiracy between Dennis Felter, Stephanie

Farley, and Staci Chuhi to further this conspiracy still to this day.

39    January 2019- Plaintiff went to Northwestern High school to get records for plaintiff's children,

Brandon and Brady Murphy. Plaintiff did confront Wayne County Sheriff's Deputy Adam

Chellis to make sure the Officer Report about Officer Chellis holding plaintiff at gunpoint in

plaintiff's driveway was correct, Officer Chellis stated that the report was correct and stated

quote "You were known to carry guns back then Mr. Murphy." which is totally false and would

only be said to cover up but rather further the conspiracy that is still going on through Officer

Chellis putting up a poster at all 3 schools (Elementary, Middle, and High School) warning

everyone that sees the plaintiff on school grounds to call him (Officer Chellis) immediately so

as to further this conspiracy.

40    Kevin Lenart, George Lenart, and Kenny Murphy went to Northwestern Local School District

all of their lives. It seems to be another coincidence that Kevin Lenart would say falsehoods

about Tammy Lenart (Kevin Lenart's own sister) that would lead to kidnapping of plaintiff's

children, and Kenny Murphy (plaintiff's brother) would raise up and have plaintiff's children out

of Children Services temporary home in 24 hours and back in his own home, then turn and get a

protection order and have plaintiff unlawfully imprisoned for 5 months and all other harms and

injuries.

41    So, any one and/or all of the conspirators may have paid for Gary Scott Murphy's murder to

stop this murder charge on them all. Accidents don't just happen on the 4 year anniversary,

December 25th, 2008 to December 28th, 2012. That would be the reason Terry English tried so hard to get plaintiff to work with him on that day, maybe to murder the plaintiff paid more. It would  also be the reason Terry English on 3 separate occasions while at the plaintiff's home stated quote "I feel like I have cross-hairs on me." to plaintiff after Gary Scott Murphy's death. Terry Engish has also stated to plaintiff quote "come on, I am dying to work with you again." Kenny Murphy knew about this also because back on December 29th, 2012 he stated quote "The wrong one died dad." to Ronzel Murphy, now we know who the right one was. It   also seems coincidental that Tammy Lenart was staying at her uncle Joe Knight's home from August 2012 until 2 weeks before Christmas in 2012, when Joe Knight's girlfriend/wife stated to Tammy Lenart that quote "Tammy you need to go to your mom's because we want to spend Christmas with just our family." Plaintiff believes maybe Tammy Lenart was in the way of something like planning a fall of plaintiff's brother to stop a federal complaint from going forward. Gary Scott Murphy did fall to his death on December 28th, 2012, 4 years from the start of the conspiracy at Carol Lenart's home on December 25th, 2008. This would be the reason for the talk on the street that Terry English works for the CIA and kills people. The federal lawsuit on Kevin Lenart and 27 other defendants did scare all the conspirators, that's the reason for the murder for hire by Terry English.

**IV.**     **Injunction**

All of the defendants listed in this complaint, and not yet named nor known at this time, worked together and furthered this conspiracy to try to humiliate the plaintiff and his family and make a mockery of the plaintiff because of his conservative values and beliefs in the U.S. Constitution, the bill of rights, and his God given rights. Micheal Rickett was the prosecutor against Brittany Copley in 2011 or 2012 also. Brittany Copley sued Wayne County Sheriff's Department for $1 Million because the guards were using inmates in the jail for sex. After her death, which

involved her being hung by a metal dog leash on a train car behind the Police Station in Orrville Ohio, the money was to be divided equally and given to her 4 children but the close family doesn't even know where all her 4 children are. Her 4 kids need to be looked up and made sure they are safe. Brittany Copley is the plaintiff's first cousin's wifes' sister which is a part of the plaintiff's extended family, she was killed in retaliation of the plaintiff's federal lawsuit filed on 9/20/2010. Alisha Murphy's (of Burbank Ohio) baby girl was taken by this same prosecutor, Micheal Rickett sometime in 2013 so this conspiracy is still going on. Plaintiff's good friend Ryan Porter was shot in February of 2013, plaintiff believes now that this was to shut the plaintiff up. This incident happened on Smithville-Western Road Wooster Ohio. Steve Thompson is still in prison because the Officers at the Department where he was booked stated that he assaulted them, he got 8 years. While plaintiff was in jail he was placed in B-Cell with 24 inmates, a man in there in August of 2013 stated he was a part of Murders Inc. out of Canton Ohio, some killers group. Plaintiff believes this to be funny and this guy always tried to take the plaintiff's food or bitch him out but he went hungry. When the plaintiff's children were taken on September 22nd, 2011 they were taken to a temporary home in Smithville Ohio. The door of the bedroom of the temporary home for Wayne County Children Services where the plaintiff's children stayed the night of September 22nd, 2011 had thousands of names of children who stayed at that home written on it. Plaintiff's son Brandon Murphy told the plaintiff about this in 2014 but couldn't put this together. Kenny and Jenny Murphy got the plaintiff's children the very next morning. Close family and friends seem to keep dying around plaintiff. Plaintiff has good reason or belief to feel that Tammy Lenart most of all is in serious danger when this comes out so she needs to know before the conspirators know, when she reads this she will see clearly, but all family, friends, relatives need to know so as to not have any of the same injuries occur. Plaintiff is very concerned about Tammy Lenart's safety because she has folded to pressure from

these defendants and plaintiff got her truck back from a store with a <u>Lifechangers Outreach</u> brochure on the console, there are no facilities in Ohio for women so it does appear maybe Tammy Lenart was sent out of state. It shows a pattern of kidnapping because plaintiff stated to all of these defendants "Tammy Lenart is my common law wife." So to keep her from plaintiff is important to stop the federal lawsuit and prove their point with a quote from Wayne Lenart that the plaintiff is a quote "piece of shit....." Tammy Lenart and the plaintiff have been together for over 25 years, in that time Tammy Lenart's family (George and Kelli Lenart, Kevin Lenart, Carol Lenart, and Joe Knight) has never tried to help Tammy Lenart with anything while she was with the plaintiff, her family has even extorted her of her inheritance from both of her parents, by giving her an ultimatum, because she is with the plaintiff while she watches them prosper, while she wears second hand clothes forcing her into being a slave. Plaintiff believes this could be why Tammy Lenart left, she went to talk to her family about the inheritance from her mother that her family extorted from her. The plaintiff wonders if Kevin Lenart, George Lenart, and Joe Knight weren't planning to get Tammy Lenart away from the plaintiff when Tammy Lenart's father, George Lenart Sr., died and only Tammy Lenart's immediate family could ride in the limousine at the funeral, the plaintiff was made to drive behind the limousine in plaintiff's own car. Plaintiff wonders if Tammy Lenart's family was threatening Tammy Lenart while in the limousine and telling her that they wasn't going to help her in any way as long as she was with the plaintiff. Every time Carol Lenart would see Tammy Lenart this would be the reason why Carlol Lenart would ask Tammy Lenart quote "Are you still working at LUK?" because Joe Knight (Carol's brother) remember his Quote "knows people." Tammy Lenart (plaintiff's children's mother) has been caught in this and doesn't understand what is really true but these are the facts to the best of plaintiff's knowledge. This would be the question for prosecutors to ask the defendants, "How do you feel about helping Steve Murphy?" Tammy

Lenart needs to know that the plaintiff and his children are not an enemy and she needs protection because she is a key witness to all of the conspiracy. Tammy Lenart doesn't understand that this is a matrix of lies and manipulation and she needs to realize the truth. Tammy Lenart, mother of plaintiff's children, needs to be notified because it seems like she is in the most danger at this point in time. She has been frauded, extorted, deceived, and manipulated and she should be informed of the injustice that has been formed against her by these bad actors and conspirators so as to not further the injury and harm (mental, emotional, and physical) that has been done to her (Tammy Lenart). Plaintiff and his children have put this together to prove conspiracy, it would make good sense for Tammy Lenart to get back to the plaintiff and his children so she can be aware of all the bad actors involved in this conspiracy not yet mentioned. The plaintiff believes he should have his Common Law wife back now since plaintiff has totally proven all of this human trafficking, conspiracy, and forced slavery through poverty above.

## V.      Prayer for Relief

Plaintiff does wish to be compensated in the amount of $3.5 Million compensatory damages and $350 Thousand punitive damages jointly and severally. Plaintiff wishes to invoke the full force and power of the Executive Order signed into law on December 21st, 2017 by Donald J. Trump, and wishes to have all defendant's assets: inheritances, life insurance, retirements, proceeds, bonds, stocks, pensions, titles, deeds, funds of all kinds going and coming, seized until the case is finally disposed of.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

knowledge, information, and belief that this complaint: (1) is not being presented for an

improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of

litigation; (2) is supported by existing law or by a non-frivolous argument for extending,

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if

specifically so identified, will likely have evidentiary support after a reasonable opportunity for

further investigation or discovery; and (4) the complaint otherwise complies with the

requirements of Rule 11. A.

## A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be
served. I understand that my failure to keep a current address on file with the Clerk's Office may result
in the dismissal of my case.

Godspeed;

*Steven Ray Murphy 8-21-74*

*11043 Myers Road*

*West Salem, Ohio 44287*

Tireless Defender of Freedom